**Joseph D. and Theresa P. HEBERT, legal representatives of a minor child, Joseph David Hebert, Michael and Claudia Popson, legal representatives of a minor child, Jeremy Thomas Popson, A. Tom and Lisa Canaday, legal representatives of a minor child, Daniel T. Canaday, John T. Boyce and Jeannie Wakelyn–Boyce, legal representatives of a minor child, Austin**

Michael Boyce, John Cloar, legal representative of a minor child, Thomas Jake Cloar, Charles Weinstein and Amy Holmes, legal representatives of a minor child, Michael D. Weinstein, Dennis and Ginger Brown, legal representatives of a minor child, Robert Lee Brown, Robert G. and Rita Parry, legal representatives of a minor child, Robert J. Parry, Phil and Kathy Jo Boriskie, legal representatives of a minor child, Matthew Boriskie, A. Lamar and Juanice Glaze, legal representatives of a minor child, Christopher Glace, A. Lamar and Juanice Glaze, legal representatives of a minor child, Matthew Jameson Glaze, A. Lamar and Juanice Glaze, legal representatives of a minor child, Lauren Alexandra Glaze, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 05–5131.

United States Court of Appeals, Federal Circuit.

July 27, 2005.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.